## UNITED STATES of America, Plaintiff–Appellee,

v.

## Scottrell MORRIS, Defendant–Appellant.

### No. 08–30978
### Summary Calendar.

United States Court of Appeals, Fifth Circuit.

May 7, 2010.

Cristina Walker, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Louisiana, Shreveport, LA, for Plaintiff–Appellee.

Betty Lee Marak, Federal Public Defender's Office, Western District of Louisiana, Shreveport, LA, for Defendant–Appellant.

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Scottrell Morris has moved

---

for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Morris has filed a response. Our independent review of the record, counsel's brief, and Morris's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.